**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Central District of California (State)

Case number (If known): _____ Chapter 7

FILED
MAR 2 4 2023
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. Debtor's name | RELAY INVESTORS | |
| 2. All other names debtor used in the last 8 years<br>Include any assumed names, trade names, and *doing business as* names | | |
| 3. Debtor's federal Employer Identification Number (EIN) | 8 4 — 4 3 9 5 7 3 0 | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 6055 E Washington Blvd | |
| Number    Street | Number    Street |
| | P.O. Box |
| COMMERCE        CA    90040 | COMMERCE |
| City    State    ZIP Code | City    State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| LOS ANGELES | |
| County | Number    Street |
| | |
| | City    State    ZIP Code |

5. Debtor's website (URL) _____

Debtor  **RELAY INVESTORS**  Case number (if known) _____
       Name

| 6. Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|---|---|
| | ☐ Partnership (excluding LLP) |
| | ☐ Other. Specify: _____ |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

2 3 6 1

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check all that apply:*

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor    **RELAY INVESTORS**    Case number (if known) _____
_____Name_____

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

    ☒ No

    ☐ Yes.  District _____ When _____ Case number _____
    MM / DD / YYYY

    If more than 2 cases, attach a separate list.

    District _____ When _____ Case number _____
    MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ☒ No

    ☐ Yes.  Debtor _____ Relationship _____

    District _____ When _____
    MM / DD / YYYY

    List all cases. If more than 1, attach a separate list.

    Case number, if known _____

11. **Why is the case filed in *this district*?**

    Check all that apply:

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☒ No

    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (Check all that apply.)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
    Number    Street

    _____

    _____
    City                              State ZIP Code

    **Is the property insured?**

    ☐ No

    ☐ Yes. Insurance agency _____

    Contact name _____

    Phone _____

---

**Statistical and administrative information**

Debtor  **RELAY INVESTORS**  Case number (if known) _____
           Name

| | |
|---|---|
| 13. Debtor's estimation of available funds | Check one:<br>☐ Funds will be available for distribution to unsecured creditors.<br>☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

14. **Estimated number of creditors**
- ☒ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

15. **Estimated assets**
- ☐ $0-$50,000
- ☒ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

16. **Estimated liabilities**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☒ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/24/2023
               MM / DD / YYYY

X _____     Darreon T. Gordon
Signature of authorized representative of debtor     Printed name

Title  MANAGING MEMBER

| Debtor | RELAY INVESTORS | Case number (if known) |
|---|---|---|
| | Name | |

### 18. Signature of attorney

✗ _____   Date _____
Signature of attorney for debtor         MM / DD / YYYY

_____
Printed name

_____
Firm name

_____
Number    Street

_____     _____    _____
City                                State     ZIP Code

_____     _____
Contact phone                       Email address

_____     _____
Bar number                          State

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Relay Investors<br>6055 E Washington Blvd<br>Commerce CA 90040<br><br>☒ Debtor(s) appearing without attorney<br>☐ Attorney for Debtor | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - **SELECT DIVISION****

| In re:<br>Relay Investors<br>6055 E Washington Blvd<br>Commerce CA 90040<br><br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 7    ☒<br><br>**VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br>**[LBR 1007-1(a)]** |
|---|---|

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of 1 sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: 03/24/2023

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) (if applicable)

Date: _____

_____
Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

December 2015                                    F 1007-1.MAILING.LIST.VERIFICATION

ELITE COMMERCIAL SERVICING
LOAN#58887
15 MAPLE STREET SECOND
SUMMIT, NJ 0790

TOORAK CAP PTRS LLC
15 MAPLE STREET SECOND
SUMMIT, NJ 0790

TRUSTEE SERVICES INC
230203000014
100 S 4TH ST #1000
ST LOUIS, MO 63102

Resolution of Board of Directors
of
**Relay Investors, LLC**

Whereas, it is in the best interest of this partnership to file voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the Unites States Code;

Be It Therefore Resolved, that **Darreon T. Gordon, Managing Member** of this Partnership, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 7 voluntary bankruptcy case on behalf of the partnership; and

Be It Further Resolved, that **Darreon T. Gordon, Managing Member** of this Partnership is authorized and directed to appear in all bankruptcy proceedings on behalf of the partnership, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the partnership in connection with such bankruptcy case.

Date: 3-24-23            Signed: _____

Date: _____  Signed: _____

# United States Bankruptcy Court
## Central District of California

In re   **Relay Investors, LLC**                              Case No. _____
                    Debtor(s)                                  Chapter  7

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITON

I, **Darreon T. Gordon**, declare under penalty of perjury that I am the **Managing Member** of **Relay Investors, LLC,** and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said partnership at a special meeting duly called and held on the **24th** day of **March**, 2023.

Whereas, it is in the best interest of this partnership to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Darreon T. Gordon, Managing Member** of this Partnership, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 7 voluntary bankruptcy case of behalf of the partnership; and

Be It Further Resolved, that **Darreon T. Gordon, Managing Member** of this Partnership is authorized and directed to appear in all bankruptcy proceedings on behalf of the partnership, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the partnership in connection with such bankruptcy case.

Date:  3-24-23            Signed:  _____
                                    Darreon T. Gordon